UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 10/21/2021__
```

-----------------------------------------------------------------------X
:
HERNANDEZ,                                              :
:
                        Plaintiff,                      :
:                        20-cv-7040 (LJL)
            -v-                                         :
:                        ERRATA ORDER
COMPASS ONE, LLC,                                       :
:
                        Defendant.                     :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Order filed on October 6, 2021 at Dkt. No. 42 contained a typographical error.

Along with this Errata Order the Court is separately filing an Amended Order correcting that

error. The error and correction reflected in the Amended Order has no impact on the substance

of the Order or on the Judgment of the Court.

        The Clerk of Court is respectfully directed to close Dkt. No. 45.


        SO ORDERED.


Dated: October 21, 2021                    _____
       New York, New York                            LEWIS J. LIMAN
                                                  United States District Judge